IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DENNIS NOWLIN,<br><br>      Plaintiff,<br><br>v.<br><br>ROBERTS DAIRY COMPANY, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 571, JOHN HURLEY, (as an individual and in his official capacity); MIKE BARNETT, (as an individual and in his official capacity); MIKE SNYDER, (as an individual and in his official capacity); ROBERT WALKER, (as an individual and in his official capacity); AL HUG, (as an individual and in his official capacity); RICHARD DIAMOND, (as an individual and in his official capacity); HAROLD PIPPIN, (as an individual and in his official capacity); DARIN WELTY, (as an individual and in his official capacity); DOES 1-10 inclusive,<br><br>      Defendants. | 8:08CV450<br><br>ORDER |

      This matter is before the court on the motion (Doc. 13) of defendants, International Union of Operating Engineers Local 571, John Hurley, Mike Barnett, Mike Snyder, Robert Walker, Al Hug, Richard Diamond, Harold Pippin, and Darin Welty for leave to file an answer out of time.

      The record shows that on November 5, 2008 counsel entered an appearance on behalf of defendants Roberts Dairy Company, Harold Pippin, Darin Welty, John Hurley, Mike Barnett, Mike Snyder, Robert Walker, Al Hug, and Richard Diamond and procured an extension of time to December 10, 2008 in which to answer or otherwise plead. The December 10, 2008 deadline will remain in effect as to those defendants.

      The remaining defendant, **International Union of Operating Engineers Local 571**, is granted an extension of time until and including **December 15, 2008** in which to answer or otherwise respond to the complaint.

      **IT IS SO ORDERED.**

      DATED December 2, 2008.

                                      BY THE COURT:

                                      s/ F.A. Gossett
                                      **United States Magistrate Judge**