# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DENNIS NOWLIN, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ROBERTS DAIRY COMPANY, LLC, ) <br> INTERNATIONAL UNION OF OPERATING ) <br> ENGINEERS LOCAL 571, JOHN HURLEY (as an ) <br> individual and in his official capacity), MIKE ) <br> BARNETT, (as an individual and in his official ) <br> capacity), MIKE SNYDER (as an individual and in ) <br> his official capacity), ROBERT WALKER (as an ) <br> individual and in his official capacity), AL HUG (as ) <br> an individual and in his official capacity), ) <br> RICHARD DIMON (as an individual and in his ) <br> official capacity), HAROLD PAPEN (as an ) <br> individual and in his official capacity), DERON ) <br> WELTY (as an individual and in his official ) <br> capacity), DOES 1 – 10 inclusive, ) <br> ) <br> Defendants. ) | Case No. 8:08cv00450-FG3 <br><br> **ORDER FOR DISMISSAL OF THE COMPLAINT** |

This matter is before the Court on the parties' Joint Stipulation for Dismissal of the Complaint. The stipulation complies with the requirements of Fed. R. Civ. P. 41(a)(1)(ii), and the Court finds that it should be approved. Accordingly,

IT IS ORDERED:

1. The parties' Joint Stipulation for Dismissal (Filing No. 72) is approved, and the relief requested therein is granted;
2. The Complaint and all other claims in this action are dismissed with prejudice; and
3. The parties shall pay their own costs and attorneys' fees.

DATED this 27th day of July, 2009.

BY THE COURT,

**s/ Joseph F. Bataillon**
United States District Court Judge

OMA-291440-2